UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-65 RM |
| ) | |
| TRAVIS GREEN (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 18, 2008 [Doc. No. 57]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Travis Green's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED:   October 7, 2008

                                          /s/ Robert L. Miller, Jr.
                                        Chief Judge
                                        United States District Court